UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| John Frederick Shastal, Jr.<br>Kimberly Ann Shastal,<br><br>    Debtors.<br>_____/ | Case No. 20-31468-jda<br>Chapter 7<br>Hon. Joel D. Applebaum |
| SAMUEL D. SWEET, Chapter 7<br>Trustee for the Estate of Debtors,<br>John Frederick Shastal Jr. and<br>Kimberly Ann Shastal, and<br>JOHN FREDERICK SHASTAL,<br>an individual, and KIMBERLY<br>ANN SHASTAL, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MAJORS LAW, PLLC,<br>a Professional Limited Liability<br>Company, SHEENA L. MAJORS,<br>an individual, DESIRAE BEDFORD,<br>an individual and RECOVERY LAW GROUP,<br>a Professional Corporation,<br><br>    Defendants.<br>_____/ | Adv. No. 24-3033 |

### ORDER DENYING MOTION TO DISMISS ADVERSARY PROCEEDING FILED BY RECOVERY LAW GROUP AND DESIRAE BEDFORD

This matter is before the Court on the Motion to Dismiss Adversary Proceeding Filed by Recovery Law Group and Desirae Bedford. For the reasons set forth in the Court's Opinion of even date, the Motion is DENIED.

**Signed on August 9, 2024**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**