UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| John Frederick Shastal, Jr.<br>Kimberly Ann Shastal,<br><br>    Debtors.<br>_____/ | Case No. 20-31468-jda<br>Chapter 7<br>Hon. Joel D. Applebaum |
| SAMUEL D. SWEET, Chapter 7<br>Trustee for the Estate of Debtors,<br>John Frederick Shastal Jr. and<br>Kimberly Ann Shastal, and<br>JOHN FREDERICK SHASTAL,<br>an individual, and KIMBERLY<br>ANN SHASTAL, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MAJORS LAW, PLLC,<br>a Professional Limited Liability<br>Company, SHEENA L. MAJORS,<br>an individual, DESIRAE BEDFORD,<br>an individual and RECOVERY LAW GROUP,<br>a Professional Corporation,<br><br>    Defendants.<br>_____/ | Adv. No. 24-3033 |

### ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY OF THE RECOVERY LAW GROUP FOR LEGAL MALPRACTICE

This matter is before the Court on Plaintiffs' Motion for Partial Summary Judgment as to the Liability of Defendant Recovery Law Group for Legal Malpractice. For the reasons set forth in the Court's Opinion Granting Plaintiffs' Motion for Partial Summary Judgment as to the Liability of Defendant Recovery Law Group for Legal Malpractice of even date, the Motion is GRANTED.

IT IS SO ORDERED.

**Signed on February 7, 2025**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**