UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| John Frederick Shastal, Jr.<br>Kimberly Ann Shastal, | Case No. 20-31468-jda<br>Chapter 7<br>Hon. Joel D. Applebaum |
|     Debtors.<br>_____/ | |

SAMUEL D. SWEET, Chapter 7
Trustee for the Estate of Debtors,
John Frederick Shastal Jr. and
Kimberly Ann Shastal, and
JOHN FREDERICK SHASTAL,
an individual, and KIMBERLY
ANN SHASTAL, an individual,

    Plaintiffs,

v.  Adv. No. 24-3033

MAJORS LAW, PLLC,
a Professional Limited Liability
Company, SHEENA L. MAJORS,
an individual, DESIRAE BEDFORD,
an individual and RECOVERY LAW GROUP,
a Professional Corporation,

    Defendants.
_____/

ANDREW R. VARA, United States Trustee,

    Plaintiff,

v.  Adv. No. 24-3076

RECOVERY LAW GROUP, APC and
SHEENA MAJORS,

    Defendants.

_____/

## JUDGMENT AWARDING DAMAGES TO PLAINTIFFS AND AGAINST RECOVERY LAW GROUP PURSUANT TO 11 U.S.C. § 526(c)(2)

For the reasons set for in this Court's Opinion Awarding Damages to Plaintiffs and Against Recovery Law Group Pursuant to 11 U.S.C. § 526(c)(2) of even date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs are awarded economic damages against Recovery Law Group in the amount of $199,332.15;

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs are awarded non-economic damages against Recovery Law Group in the amount of $250,000;

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs are awarded attorneys' fees in an amount to be determined following the filing of fee applications pursuant to the following procedure: Plaintiffs' counsel shall file their fee applications no later than 21 days after the date of this Judgment. Recovery Law Group shall have no later than 14 days thereafter to review the applications and, if appropriate, file specific written objections. Because the amount of fees to be awarded is undetermined at this time, this Judgment is not a final judgment.

Attorneys' Fees as finally determined by this Court will be added to the judgment amount and a *Final* Judgment entered at that time.

**Signed on November 6, 2025**



/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge